UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81319-ROSENBERG/REINHART

EDISON KIELA, individually and on
behalf of all others similarly situated,

   Plaintiff,

v.

BREEZE FUNDING, INC.,

   Defendant.
_____/

## ORDER OF COURT-MANDATED REQUIREMENTS IN TCPA-BASED CASES

**THIS MATTER** is before the Court upon the filing of an action under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"). To expedite the resolution of this matter, the parties are instructed to comply with the following requirements.

Plaintiff is **ORDERED** to disclose the following information to Defendant within five business days of Defendant's appearance:

1. The phone number upon which Plaintiff received the disputed phone calls.
2. The originating phone numbers that are alleged to have improperly called Plaintiff.
3. The specific time and date that Plaintiff received disputed calls.

Within five business days of the date Defendant receives Plaintiff's disclosures, Defendant is **ORDERED** to disclose the following information to Plaintiff:

1. What calls, if any, that Defendant placed to Plaintiff's phone number.
2. What equipment Defendant used to make calls to Plaintiff's phone number.
3. The identity of the person or entity that controlled the equipment that was used to call Plaintiff.

4. Any information as to whether Plaintiff consented to receiving phone calls.

Furthermore, Magistrate Judge Bruce E. Reinhart may schedule a discovery status conference on this case, as appropriate, to be held soon after the parties' exchange of the information specified in this Order.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 11th day of October, 2023.

Copies furnished to:
All counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE